1  GARY S. ROSE (SBN 83744)
   SUSAN D. PELMULDER (SBN 234731)
2  FLYNN, ROSE & PERKINS
   59 North Santa Cruz Avenue, Suite Q
3  Los Gatos, California 95030
   (408) 399-4566 Telephone
4  (408) 399-6683 Facsimile
   gsroselaw@hotmail.com; sue@pelmulder.com
5  Attorneys for Plaintiffs
   KARLHEINZ AND EWA LAMMEYER
6
7  PAMELA E.COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
8  ROPERS MAJESKI, KOHN & BENTLY
   1001 Marshall Street, Suite 300
9  Redwood City, California 94063-2052
   (650) 364-8200 Telephone
10 (650) 780-1701 Facsimile
   pcogan@mrkb.com; stucker@rmkb.com
11 Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARLHEINZ LAMMEYER; AND EWA LAMMEYER, | Case No. 10-CV-02926 LHK |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF EWA LAMMEYER WITH PREJUDICE |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs Karlheinz Lammeyer and Ewa Lammeyer, and Defendant Safeco Insurance Company of America, by and

/////

/////

/////

Page 1

STIPULATION AND [PROPOSED] ORDER DISMISS EWA LAMMEYER                    10-CV-02926 LHK

through their respective attorneys of record, that Plaintiff Ewa Lammeyer, only, be dismissed from this action with prejudice.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  November 3, 2010        BY:    /s/  *Susan D. Pelmulder*

Dated: November 3, 2010              FLYNN, ROSE & PERKINS

                                                     By        /s/  *Susan D. Pelmulder*
                                                              SUSAN D. PELMULDER

Attorneys for Plaintiffs
KARLHEINZ AND EWA LAMMEYER

Dated: November 3, 2010              ROPERS, MAJESKI, KOHN & BENTLY

                                                     By        /s/  *Stacy M. Tucker*
                                                              STACY M. TUCKER

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

## ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that Ewa Lammeyer is dismissed with prejudice.

IT IS SO ORDERED.

DATE:   November 4 , 2010          *Lucy H. Koh*
                                                   LUCY H. KOH
                                                 UNITED STATES DISTRICT JUDGE