UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARLHEINZ LAMMEYER and EWA LAMMEYER,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 10-CV-02926-LHK<br><br>ORDER RE CASE MANAGEMENT CONFERENCE |

At the October 6, 2010 case management conference in this case, the Court set a further case management conference for January 19, 2011 at 2:00 P.M.  In violation of Civil Local Rule 16-10(d), the parties failed to file a joint case management statement on or before January 12, 2011.  The Court notes, however, that the Certification of ADR Session, dated December 16, 2010, represents that the case fully settled at the December 3, 2010 mediation.  Dkt. No. 24.  If the parties have settled their case, they shall file a stipulated notice of voluntary dismissal and request that this Court vacate the January 19, 2011 case management conference.  If the parties do not file a stipulated notice of voluntary dismissal, parties shall appear for the January 19, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: January 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02926-LHK
ORDER RE CASE MANAGEMENT CONFERENCE