PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF AMERICA

GARY S. ROSE (SBN 83744)
SUSAN D. PELMULDER (SBN 234731)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone:  (408) 399-4566
Facsimile:  (408) 399-6683
E-mail: groselaw@hotmail.com; sue@pelmulder.com

Attorneys for Plaintiff,
KARLHEINZ LAMMEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARLHEINZ LAMMEYER AND EWA LAMMEYER,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. CV 10-02926 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |
|---|---|

It is hereby stipulated by and between plaintiff KARLHEINZ LAMMEYER and defendant SAFECO INSURANCE COMPANY OF AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

//

**IT IS SO STIPULATED.**

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 14, 2011

LAW OFFICES OF BRIAN P. EVANS

By:: /s/ *Gary S. Rose*
GARY S. ROSE attorneys for Plaintiff
KARLHEINZ LAMMEYER

Dated: January 14, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By:: /s/ *Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant, SAFECO INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: January 19, 2011

By: *Lucy H. Koh*
Judge Lucy H. Koh
United States District Court, Northern District of California